JPML FORM 1A                         DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
SECURITIES
DOCKET NO. 295 -- IN RE MISCELLANEOUS LITIGATION INVOLVING WESTINGHOUSE ELECTIRC CORP.

| Date | No. Code | |
|---|---|---|
| 1/7/77 | 1 | MOTION, BRIEF, EXHIBITS A, B, C, D, E, F -- WESTINGHOUSE ELECTRIC CORP. SUGGESTED TRANSFEREE DISTRICT : SOUTHERN DISTRICT OF NEW YORK SUGGESTED TRANSFEREE JUDGE: Hon. Lawrence W. Pierce |
| 1/14/77 | 2. | MOTION, AFFIDAVIT IN SUPPORT , AFFIDAVIT OF SVC. AND BRIEF TO VACATE CERTAIN CONDITIONAL TRANSFER ORDERS AND TO TRANSFER CERTAIN SECURITIES CASES to S. D. N.Y.-- Price Waterhouse & Co., a defendant. |
| 1/17/77 | | APPEARANCES -- RICHARD D. GREENFIELD, ESQ. for Martin Simon and Louis Agnes<br>LEONARD BARRACK, ESQ. for Martin Roth<br>STANLEY R. WOLFE, ESQ. for Milton Lemberger, et al., Judith Ziet<br>RAYMOND W. MIDGETT, ESQ. for D. C. Burnham, John W. Simpson and Robert E. Kirby<br>WILLIAM E. JACKSON, ESQ. for Westinghouse Electric Corp. |
| 1/18/77 | | REQUEST FOR EXTENSION -- MARTIN SIMON -- GRANTED TO ALL TO FEB. 4, 1977 |
| 1/19/77 | | APPEARANCE -- ARTHUR F. GOLDEN for Price Waterhouse & Co. |
| 1/19/77 | | REQUEST FOR EXTENSION -- PLAINTIFFS LEMBERGER and ZIET also PLAINTIFF ROTH -- GRANTED TO ALL PREVIOUSLY TO FEB. 4, 1977 |
| 1/21/77 | 3 | RESPONSE -- Robert E. Kirby, D.C. Burnham and John W. Simpson w/cert. of service. |
| 1/25/77 | | APPEARANCE -- STANLEY M. GROSSMAN for Plaintiff Steinberg |
| 1/26/77 | 4 | RESPONSE -- Host Enterprises, Inc. w/cert. of service |
| 1/27/77 | | APPEARANCE -- John Logan O'Donnell, Esq. for HOST ENTERPRISES |
| 1/27/77 | 5 | RESPONSE -- PLAINTIFF ROTH w/cert. of service |
| 2/2/77 | | HEARING ORDER FILED -- Setting A-1 through A-6 for hearing -- Feb. 25, 1977 -- New Orleans, La. |
| 2/4/77 | 6 | RESPONSE -- Steinberg w/cert. of service. |
| 2/4/77 | 7 | RESPONSE -- LEMBERGER, ET AL. AND ZEIT w/ exhibit A and Cert. of Service |
| 2/7/77 | 8 | RESPONSE -- PLAINTIFFS MARTIN SIMON & LOUIS AGNES w/cert. of svc. |
| 2/11/77 | 9 | REPLY MEMORANDUM -- Westinghouse Electric Corporation w/cert. of svc. |
| 2/18/77 | 10 | SUPPLEMENTAL MEMORANDUM IN RESPONSE TO DEFENDANTS MOTIONS -- Plaintiffs Simon and Agnes w/cert. of service. |
| 2/22/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiff Roth -- for Feb. 25, 1977 hearing. |
| 2/22/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Lemberger and Zeit -- for Feb. 25, 1977 hearing. |
| 8/1/77 | | CONSENT OF TRANSFEREE COURT -- For Judge Jack B. Weinstein to handle litigation in the E.D. N.Y. under 28 U.S.C. §1407 |
| 8/1/77 | | OPINION AND ORDER transferring A-1, A-2, A-3 and A-4 to the E.D. N.Y. for assignment to Judge Jack B. Weinstein for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with A-5 and A-6 |
| 8/12/77 | | B-1 Rochelle Morris, etc. v. Westinghouse Electric Corp., et al. E.D. Pa., 77-939 -- CTO filed today. Notified counsel, involved judges. |

JPML FORM 1A - Continuation                DOCKET ENTRIES -- p. 2

DOCKET NO. _____ -- _____

| Date | No. Code | |
|---|---|---|
| 8/15/77 | 11 | MOTION FOR RECONSIDERATION OF AUG 1, 1977 OPINION AND ORDER -- XXXXXXXXXXXXXXX MARTIN SIMON, et al. w/cert. of service |
| 8/22/77 | 12 | JOINDER IN MOTION OF MARTIN SIMON AND LOUIS AGNES FOR RECONSIDERATION -- Rochelle Morris w/ cert. of service. |
| 8/25/77 |  | NOTICE OF OPPOSITION TO CTO -- B-1 Rochelle Morris, etc. v. Westinghouse Electric Corp., et al., E.D.PA., C.A.# 77-939 -- Plaintiff Rochelle Morris |
| 8/30/77 | 13 | MEMORANDUM IN RESPONSE TO MOTION FOR RECONSIDERATION -- DEFENDANTS Westinghouse Electric Corp., et al., w/cert. of service. |
| 8/31/77 | 14 | OPPOSITION TO MOTION FOR RECONSIDERATION -- Plaintiff Steinberg w/cert. of service. |
| 9/1/77 | 15 | RESPONSE, MEMORANDUM IN SUPPORT TO MOTION OF MARTIN SIMON AND LOUIS AGNES FOR RECONSIDERATION -- Plaintiffs Lemberger et al., and Zeit w/cert. of svc. |
| 9/2/77 | 16 | MOTION TO VACATE CTO, MEMORANDUM OF LAW IN SUPPORT OF MOTION -- Plaintiff Rochelle Morris w/cert. of svc. |
| 9/6/77 | 17 | RESPONSE -- Plaintiff Lemberger w/cert. of service. |
| 9/14/77 | 18 | MEMORANDUM IN OPPOSITION TO MOTION TO VACATE CTO -- Defendants Westinghouse Electric Corp., et al. w/cert. of svc. |
| 10/4/77 |  | ORDER -- DENYING Plaintiffs Motion for Reconsideration -- Notified Transferee Clerk, Transferor Clerks and Judges all counsel |
| 10/7/77 |  | HEARING ORDER -- setting B-1 for hearing, Oct. 28, 1977 in New York City. |
| 10/7/77 |  | LETTER -- Withdrawing Opposition, Motion and Brief to Vacate -- Plaintiff Morris - service indicated. |
| 10/11/77 |  | ORDER -- B-1 Morris, v. Westinghouse Electric Corp., E.D. Pa., 77-939 Directing Transfer to E.D. New York under 28 U.S.C. §1407 and Vacating Hearing scheduled for Oct. 28, 1977. CTO filed on Aug. 12, 1977 effective. |
| 8/8/78 |  | B-2 Barrett v. Westinghouse Electric Corp., D.Mass, C.A.No. 78-1566-F CTO FILED TODAY. Notified involved counsel and judges. (ea) |
| 8/30/78 |  | B-2 Barrett v. Westinghouse Electric Corp., D.Mass, C.A.No. 78-1566-F ORDER VACATING CONDITIONAL TRANSFER ORDER. Notified involved counsel, clerks and judges. (ea) |

OPINION AND ORDER, AUGUST 1, 1977  438 F. SUPP. 990   Closed 11/4/82

JPML Form 1 

Case MDL No. 295   Document 1   Filed 05/05/15   Page 3 of 8

DOCKET NO. 295 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MISCELLANEOUS LITIGATION INVOLVING WESTINGHOUSE ELECTRIC CORP.

## Summary of Panel Actions

Date(s) of Hearing(s) 2/25/77
Consolidation Ordered 8/1/77            Consolidation Denied _____
Opinion and/or Order _____
Citation _____

Transferee District  Eastern District of New York        Transferee Judge  Jack B. Weinstein

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | S. Sherman Steinberg v. Westinghouse Electric Corp. and Price Waterhouse & Co. | S.D.N.Y. Pierce | 75 Civ 6317 | 8/1/77 | 77C1614 | Closed | |
| A-2 | Franklin Freeman v. Westinghouse Electric Corp., et al. | S.D.N.Y. Pierce | 76 Civ 3352 | 8/1/77 | 77C1615 | 10/14/77 | |
| A-3 | Martin Simon and L. Agnes v. Westinghouse Electric Corp., et al. | E.D.Pa. Newcomer | 76-874 | 8/1/77 | 77C1616 | 5/2/78 | |
| A-4 | Martin Roth v. Westinghouse Electric Corp., et al. | E.D.Pa. Newcomer | 76-3605 | 8/1/77 | 77C1617 | 5/2/78 | |
| A-5 | Milton Lemberger, et al. v. Westinghouse Electric Corp., et al. | E.D.N.Y. Weinstein | 76-552 | | | 11/4/82 | |
| A-6 | Judith Ziet v. Westinghouse Electric Corp., et al. | E.D.N.Y. Weinstein | 76-2031 | | | 4/26/78 | |
| B-1 | Rochelle Morris, etc. v. Westinghouse Electric Corp., et al. | E.D.Pa. Newcomer | 77-939 | 10/11/77 | 77C2051 | 5/2/78 | |

opposed 8/12/77
opposed 8/25/77

July 1978 - 5 TR / 2 XYZ / 1 DIS / 4 Pdg
July 1979 - Same
July 1980 - 5 dis - 2 Pdg.

(over)

DOCKET NO. _____ -- _____ -- P. ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-2 | Donal R. Barrett v. Westinghouse Electric Corp. *Vacated 8/8/78* *Dismissed* | D.Mass. Freedman | 78-1566-F | | | 8/17/78 | 8/30/78 |
| XYZ-1 | *July 1981 — Same* Joyce Bass, et al. v. Westinghouse *July 1982 - 5 ttr/3 XYZ/6 clue/2 pdg.* | ED NY | 78C655 | | | 11/4/82 D | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 295 -- IN RE MISCELLANEOUS LITIGATION INVOLVING WESTINGHOUSE ELECTRIC CORP.

| | |
|---|---|
| S. SHERMAN STEINBERG (A-1)<br>Stanley M. Grossman, Esquire<br>Pomerantz, Levy Haudek & Block<br>295 Madison Avenue<br>New York, N.Y. 10017<br><br>FRANKLIN FREEMAN (A-2)<br>Gerald D. Fischer, Esquire<br>Lefrak, Fischer & Myerson<br>424 Madison Avenue<br>New York, New York 10017<br><br>MARTIN SIMON AND LOUIS AGNES (A-3)<br>Richard D. Greenfield, Esquire<br>Richard D. Greenfield, P.C.<br>17 St. Asaphs Road<br>Bala Cynwyd, Pennsylvania 19004<br><br>MARTIN ROTH, ETC. (A-4)<br>Leonard Barrack, Esquire<br>Barrack, Rodos & McMahon<br>2000 Market Street<br>28th Floor<br>Philadelphia, Pennsylvania 19106<br><br>MILTON LEMBERGER, ET AL. (A-5)<br>JUDITH ZIET (A-6)<br>Stanley R. Wolfe, Esquire<br>David Berger, P.A.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br><br>D. C. BURNHAM<br>JOHN W. SIMPSON<br>ROBERT E. KIRBY<br>Raymond W. Midgett, Esquire<br>Dechert, Price & Rhoads<br>3400 Centre Square West<br>1500 Market Street<br>Philadelphia, Pennsylvania 19102<br><br>WESTHOST d/b/a HOST ENTERPRISES<br>John Logan O'Donnell, Esquire<br>Olwine, Connelly, Chase,<br>  O'Donnell & Wayher<br>299 Park Avenue<br>New York, New York 10017 | PRICE WATERHOUSE & CO.<br>Arthur F. Golden, Esquire<br>Davis, Polk & Wardwell<br>1 Chase Manhattan Plaza<br>New York, New York 10017<br><br>KUHN LOEB & CO.<br>FIRST BOSTON CORP.<br>Patrick T. Ryan, Esquire<br>Drinker, Biddle & Reath<br>1100 Philadelphia National Bank<br>  Bldg.<br>Philadelphia, Pennsylvania 19107<br><br>WESTINGHOUSE ELECTRIC CORP.<br>William E. Jackson, Esquire<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br><br>ROCHELLE MORRIS, ETC. (B-1)<br>Richard D. Greenfield, Esq.<br>Same as A-3<br><br>DONALD F. HORNING<br>MARINA V. WHITMAN<br>JOHN F. MCGILLICUDDY<br>ROGER MILLIKEN<br>MAX NORTH<br>RICHARD R. PIVIROTTO<br>D. C. BURNHAM<br>Raymond W. Midgett, Esquire<br>(Same as Burnham defendants)<br><br>DONAL B. BARRETT (B-2)<br>G. Lamar Crittenden, Jr., Esq.<br>Barrett & Lamont<br>65 William Street<br>Wellesley, Mass. 02181 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 295 -- IN RE MISCELLANEOUS LITIGATION INVOLVING WESTINGHOUSE ELECTRIC CORP.

| Name of Party | Named as Party in Following Actions |
|---|---|
| WESTINGHOUSE ELECTRIC CORP. ✓ | A-1  A-2  A-3  A-4  A-5  A-6  B-1, B-2 |
| PRICE WATERHOUSE & CO. ✓ | A-1  A-2  A-3  A-4  B-1 |
| ROBERT E. KIRBY, ✓ | A-2  A-3  A-4  B-1 |
| D. C. BURNHAM ✓ | A-2  A-3  A-4  B-1 |
| MARSHALL K. EVANS | A-2  B-1 |
| JOHN W. SIMPSON | A-2  A-3  B-1 |
| KARL R. BENDETSEN | A-2  B-1 |
| H. O. BERCHER | A-2  B-1 |
| LOUIS K. ELLERS | A-2  B-1 |
| R. BURT GOOKIN | A-2  B-1 |
| JOHN M. SCHIFF | A-2  B-1 |

p. 2

| Name | Code |
|---|---|
| HOBART TAYLOR, JR. | A-2 B-1 |
| GORDON C. HURLBERT | A-2 B-1 |
| GEORGE L. WILCOX | A-2 B-1 |
| HOWARD S. KALTENBORN | A-2 |
| J. W. STIRLING | A-2 |
| J. C. RENGEL | A-2 |
| M. J. MCDONOUGH | A-2 |
| GEORGE G. MAIN | A-2 |
| W. J. MAYTHAM | A-2 |
| CARLISLE P. MYERS | A-2 |
| KUHN LOEB & CO. ✓ | A-3 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 295 --IN RE MISCELLANEOUS LITIGATION INVOLVING WESTINGHOUSE ELECTIRC COR

| Name of Party | Named as Party in Following Actions |
|---|---|
| FIRST BOSTON CORP. ✓ | A-3 |
| WESTHOST d/b/a HOST ENTERPRISES ✓ | A-6  A-5 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| . . |  |